IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Goodloe, Derrick B | Case Number: 05 B 31088 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 8/8/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: November 12, 2007
Confirmed: September 29, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,689.60 | |
| Secured: | | 3,738.87 |
| Unsecured: | | 5,044.57 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 635.45 |
| Other Funds: | | 1,570.71 |
| Totals: | 13,689.60 | 13,689.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Illinois Title Loans | Secured | 1,102.77 | 1,102.77 |
| 3. | Universal Underwriters | Secured | 2,636.10 | 2,636.10 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 327.93 | 327.93 |
| 5. | Cingular Wireless | Unsecured | 946.27 | 946.27 |
| 6. | B-Line LLC | Unsecured | 1,151.75 | 1,151.75 |
| 7. | Peoples Energy Corp | Unsecured | 134.48 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,077.79 | 1,077.79 |
| 9. | ASTA Funding Acquisition I | Unsecured | 1,540.83 | 1,540.83 |
| 10. | USA Payday Loans | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 11,617.92 | $ 11,483.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 286.93 |
| 5% | 80.31 |
| 4.8% | 141.91 |
| 5.4% | 126.30 |
| | $ 635.45 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Goodloe, Derrick B

Printed:  12/28/07

Case Number:  05 B 31088
Judge:  Wedoff, Eugene R
Filed:  8/8/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

